**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARGARET MARY MAHON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:24-cv-01498** |
| | ) | |
| **WILLIAMSON COUNTY, TENNESSEE, et al.,** | ) | **JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE EVANS** |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is the Magistrate Judge's Report (Doc. No. 46), which was filed on July 16, 2026, recommending that the Court grant Defendants' motions to dismiss (Doc. Nos. 42, 44) and dismiss this case without prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed. The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motions to dismiss (Doc. Nos. 42, 44) are **GRANTED**, and this case is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE